## MURPHREY v. STALLINGS OIL CO.

No. 361P98

Case below: 130 N.C.App. 341

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

## PACK v. RANDOLPH OIL CO.

No. 343P98

Case below: 349 N.C. 361

130 N.C.App. 335

Petition by plaintiff to rehear petition for discretionary review pursuant to Rule 31 dismissed 30 December 1998.

## POWERS v. POWERS

No. 318P98

Case below: 130 N.C.App. 37

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

## RAINTREE HOMEOWNERS ASSOC'N v. RAINTREE COUNTRY CLUB

No. 395P98

Case below: 130 N.C.App. 757

Petition by defendant (Raintree Country Club) for writ of supersedeas denied 30 December 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 30 December 1998. Motion to strike defendant-appellant's reply denied 30 December 1998. Motion by plaintiff (Raintree Homeowners) to dismiss petition denied 30 December 1998.